**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 5, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00077-CV

## IN THE INTEREST OF J.C.E AND N.A.E, CHILDREN,

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-74092**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 30, 2012. On February 18, 2013, appellant filed a motion to dismiss the appeal because a motion for new trial was granted. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.